IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MIGUEL ANGEL ROBLES-ESPINOZA,

      Petitioner,

v.

JAMAL L. JAMISON, et al.,

      Respondents.

CIVIL ACTION
NO. 26-3693

## **ORDER**

**AND NOW**, this 13th day of August 2026, upon receipt of the Joint Status Report that the Petitioner was given a bond hearing (Doc. No. 5), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.